| | |
|---|---|
| 1 | Jared T. Walker (SB#269029) |
| 2 | 1104 Corporate Way<br>Sacramento, CA 95831 |
| 3 | T: (916) 476-5044<br>F: (916) 476-5064 |
| 4 | jared@saclawoffices.com |
| 5 | Attorney for Plaintiff, |
| 6 | BETSY SMITH-LIPSKA |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY SMITH-LIPSKA f/k/a<br>BETSY ANN SMITH,<br><br>   Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:17-cv-02205-AC<br><br>STIPULATION FOR FIRST 30 DAY EXTENSION FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended thirty (30) days until May 7, 2018. This is Plaintiff's first request for an extension of time. Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance with the current scheduling order due to the length of the administrative record in this case and counsel's current workload which involved conflicting deadlines in unrelated matters. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: April 6 2018                                                  Respectfully submitted,

/s/ *Jared T. Walker*
Jared T. Walker,
Attorney for Plaintiff

///

///

---

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF

SO STIPULATED:

                                  MCGREGOR W. SCOTT
                                  United States Attorney

Dated:                    By:    /s/ *Michael Marriott*\*
                               (*authorized by e-mail on 4/06/2018*)
                                  MICHAEL K. MARRIOTT
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated: April 6, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE