UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY SMITH-LIPSKA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:17-cv-02205 AC<br><br><br>ORDER |

On April 9, 2018, this court granted Plaintiff an extension of time to May 7, 2018 to file her motion for summary judgment. ECF No. 10. That deadline has now passed, and plaintiff has not filed the anticipated motion. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 14 days, why her failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute. The filing of a motion for summary judgment shall be deemed good cause shown.

DATED: May 17, 2018

　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE