1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5          160 Spear Street, Suite 800
6          San Francisco, California 94105
           Telephone: (415) 977-8985
7          Facsimile: (415) 744-0134
           E-Mail: Michael.Marriott@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BETSY SMITH-LIPSKA, | Civil No. 2:17-cv-02205-AC |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR A FIRST EXTENSION OF TIME** |
| v. | **FOR DEFENDANT TO FILE HER MSJ** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her MSJ. Defendant respectfully requests this extension because the undersigned went on a two and a half week vacation in Taiwan, and consequently has a very heavy accumulated workload.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's MSJ will be Wednesday, August 1, 2018.

Respectfully submitted,

Date: *July 2, 2018*   LAW OFFICE OF JARED T. WALKER, PC

By: */s/ Jared Walker\**
JARED WALKER
*\* By email authorization on July 2, 2018*
Attorney for Plaintiff

Date: *July 2, 2018*   MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: July 9, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2